IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HOWARD COHAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CASE NO.: 20-cv-01458 |
| | ) |
| LOVE HOTEL MANAGEMENT | ) Judge Gettleman |
| COMPANY, d/b/a SpringHill Suites by | ) |
| Marriott Chicago Bolingbrook | ) |
| | ) |
| Defendant. | ) |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF ACTION
PURSUANT TO FED.R.CIV.P. 41(a)(1)(A)(i)**

Pursuant to FED. R. CIV. P. 41(a)(1)(A)(i), the Plaintiff, HOWARD COHAN hereby gives notice of the voluntary dismissal of this action with prejudice, each party to bear its own costs, including attorneys' fees.

HOWARD COHAN

By: /s/ *Marshall J. Burt*
Marshall J. Burt
The Burt Law Group, Ltd.
Counsel for Plaintiff
77 W. Washington, Ste 1300
Chicago, IL 60602
312-419-1999
marshall@mjburtlaw.com
IARDC #6198381

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed this Notice of Settlement with the Clerk of Court using the CM/ECF system, which automatically sends electronic notification of its filing to all attorneys of record and to:

Michael Cherba
Randy D. Grady
Riezman Berger, P.C
7700 Bonhomme Ave. 7th Fl.,
St. Louis, Missouri, 63105
mrc@riezmanberger.com

by emailing same on this 16th day of July 2020

/s/ *Marshall J. Burt*
Marshall J. Burt